IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Davis, Eva W

Printed: 12/10/08

Case Number: 08 B 09437
Judge: Hollis, Pamela S
Filed: 4/17/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 27, 2008
Confirmed: August 11, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 2,168.00 |  |
| Secured: |  | 500.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,526.19 |
| Trustee Fee: |  | 141.81 |
| Other Funds: |  | 0.00 |
| Totals: | 2,168.00 | 2,168.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,231.23 | 1,526.19 |
| 2. | Fremont Investment & Loan | Secured | 0.00 | 0.00 |
| 3. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 4. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 5. | Evergreen Finance | Secured | 4,515.02 | 500.00 |
| 6. | Fremont Investment & Loan | Secured | 29,282.00 | 0.00 |
| 7. | B-Real LLC | Unsecured | 22.60 | 0.00 |
| 8. | Village of Calumet Park | Unsecured | 93.07 | 0.00 |
| 9. | United States of America | Unsecured | 661.90 | 0.00 |
| 10. | Lake Imaging LLC | Unsecured | 42.70 | 0.00 |
| 11. | Harrah's | Unsecured | 20.00 | 0.00 |
| 12. | AFNI | Unsecured |  | No Claim Filed |
| 13. | AFNI | Unsecured |  | No Claim Filed |
| 14. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
| 15. | Cavalry Portfolio Services | Unsecured |  | No Claim Filed |
| 16. | American Collections & Credit | Unsecured |  | No Claim Filed |
| 17. | American Collections & Credit | Unsecured |  | No Claim Filed |
| 18. | CCA | Unsecured |  | No Claim Filed |
| 19. | City Of Hammond Fire Department | Unsecured |  | No Claim Filed |
| 20. | CB USA | Unsecured |  | No Claim Filed |
| 21. | Comcast | Unsecured |  | No Claim Filed |
| 22. | Clear Check | Unsecured |  | No Claim Filed |
| 23. | OSI Collection Svc Inc | Unsecured |  | No Claim Filed |
| 24. | First Midwest Bank | Unsecured |  | No Claim Filed |
| 25. | Harvard Collection Services In | Unsecured |  | No Claim Filed |
| 26. | Claims Accounting | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Davis, Eva W

Printed: 12/10/08

Case Number:  08 B 09437
Judge:  Hollis, Pamela S
Filed:  4/17/08

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | MTI | Unsecured | | No Claim Filed |
| 28. | TRS Recovery Services Inc | Unsecured | | No Claim Filed |
| 29. | Risk Management Alternatives | Unsecured | | No Claim Filed |
| 30. | ACC International | Unsecured | | No Claim Filed |
| 31. | Nicor Gas | Unsecured | | No Claim Filed |
| 32. | Revenue Cycle Solutions | Unsecured | | No Claim Filed |
| 33. | Richard P Komyatte & Assoc | Unsecured | | No Claim Filed |
| 34. | SBC | Unsecured | | No Claim Filed |
| 35. | St Francis Hospital | Unsecured | | No Claim Filed |
| 36. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 37. | St Margaret Mercy Healthcare | Unsecured | | No Claim Filed |
| 38. | Komyattee & Associates | Unsecured | | No Claim Filed |
| 39. | TRS Recovery Services Inc | Unsecured | | No Claim Filed |
| 40. | TRS Recovery Services Inc | Unsecured | | No Claim Filed |
| 41. | Village of Calumet Park | Unsecured | | No Claim Filed |
| | | | $ 37,868.52 | $ 2,026.19 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 82.87 |
| 6.6% | 58.94 |
| | $ 141.81 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

